**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | § | |
| Shauntee A. Payne, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-3089 |
| | § | |
| WHITMAN EDUCATION GROUP, INC., | § | |
| *et al.*, | § | |
| Defendants. | § | |

## ORDER

It is hereby **ORDERED** that the parties' Joint Motion to Dismiss With Leave to Reinstate [Doc. # 17] is **GRANTED** and this case is **DISMISSED** with leave to reinstate ONLY in the event the United States Supreme Court grants Plaintiff's petition for rehearing, vacates the Order denying certiorari and grants the petition for writ of certiorari in Civil Action No. H-99-3889.

SIGNED at Houston, Texas, this **20th** day of **June, 2005.**

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2003\3089DO.wpd 050620.1138